PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: David Pavlik                                       Cr.: 08-00034-001
                                                                     PACTS #: 50624

Name of Sentencing Judicial Officer: The Honorable Susan D. Wigenton

Date of Original Sentence: June 18, 2008

Original Offense: Unlawful Taking of Firearms

Original Sentence:  BOP 12 months and 1 day, to be followed by three (3) years of Supervised Release

Type of Supervision: Supervised Release               Date Supervision Commenced: 06/23/09

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has failed to pay the $46,704.53 restitution in full. He has paid a total of $3,350.00 towards the restitution, leaving a current balance of $43,354.53. |

U.S. Probation Officer Action:
We are respectfully requesting that the offender's probation term be allowed to terminate on June 22, 2012 as the Financial Litigation Unit will pursue collection of the remaining restitution balance of $               .

Respectfully submitted,

*Edward J. Irwin*

By:  Edward J. Irwin
     U.S. Probation Officer
Date:  04/17/12

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

May 3, 2012
Date